In the Matter of the Arbitration between GEORGE RUGEN, as President of District Lodge No. 15, International Association of Machinists, A. F. of L., Respondent, and NORTH AMERICAN PHILIPS Co., INC., Appellant.

Submitted November 25, 1953; decided January 14, 1954.

*T. Raymond Naughton* for motion.
*Stephen C. Vladeck* opposed.

Motion for leave to appeal and for a stay granted.